UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOZR, LTD.,

    Plaintiff,

v.

                                                      Case No. 8:22-cv-1042-TPB-AEP

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC,

    Defendant,

v.

KEYBANK,

    Garnishee.
_____/

## **ORDER**

    This matter comes before the Court on Plaintiff's Motion for Writ of Garnishment and Memorandum of Law (Doc. 31). A judgment in the amount of $462,083.13 in Plaintiff's favor was entered by this Court on December 21, 2023 (Doc. 28). According to Plaintiff, the judgment, plus post-judgment interest, remains unsatisfied. Plaintiff believes that Defendants may have a bank account or other property in the possession or control of the Garnishee, Keybank, and, by the instant motion, now requests that the Court issue a writ of garnishment directed to Garnishee Keybank in order to recover on the outstanding judgment.

    Pursuant to Rule 69, Federal Rules of Civil Procedure, the Court must follow state law regarding execution of a judgment. Florida Statutes § 77.01 *et. seq.* allows

recovery of a money judgment via a writ of garnishment. Thus, the Court may enforce the judgment through a writ of garnishment pursuant to Florida law. Upon consideration, the Court finds good cause to grant the motion. Accordingly, it is hereby

ORDERED:

1. Plaintiff's Motion for Writ of Garnishment (Doc. 31) is GRANTED.

2. The Clerk is hereby directed to issue a Writ of Garnishment upon Keybank.

DONE AND ORDERED in Tampa, Florida, on this 23rd day of February 2024.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record