UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOZR, LTD.,

    Plaintiff,

v.                                                Case No. 8:22-cv-1042-TPB-AEP

BIGHORN CONSTRUCTION
AND RECLAMATION, LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Anthony E. Porcelli, United States Magistrate Judge, entered on April 9, 2024. (Doc. 35). Judge Porcelli recommends that "Plaintiff's Supplemental Motion to Determine Amount of Attorney's Fees and Costs to Which Plaintiff is Entitled" (Doc. 34) be granted in part and denied in part. Specifically, Judge Porcelli recommends that Plaintiff be awarded attorney's fees in the amount of $12,351.34 and costs in the amount of $1,275. No objection to the report and recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright,* 681 F.2d 732 (11th Cir.

1982).  A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."  28 U.S.C. § 636(b)(1)(C).  When no objection is filed, a court reviews the report and recommendation for clear error.  *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Porcelli's report and recommendation, the Court adopts the report and recommendation.  The Court agrees with Judge Porcelli's detailed and well-reasoned factual findings and legal conclusions.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Porcelli's report and recommendation (Doc. 35) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff"'s Supplemental Motion to Determine Amount of Attorney's Fees and Costs to Which Plaintiff is Entitled" (Doc. 34) is **GRANTED IN PART and DENIED IN PART.**

(3)  Plaintiff is awarded attorney's fees in the amount of $12,351.34 and costs in the amount of $1,275.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 26th day of April, 2024.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**